**Dismissed and Memorandum Opinion filed May 15, 2014.**



**In The**

# Fourteenth Court of Appeals

## NO. 14-13-00987-CR

**RANDALL ANDREZ JEFFERY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 149th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 70148**

## M E M O R A N D U M   O P I N I O N

A jury convicted appellant of the offense of failing to stop and render aid. Tex. Transp. Code Ann. § 550.021(c). On October 24, 2013, the trial court sentenced appellant to confinement for ten years in the Institutional Division of the Texas Department of Criminal Justice, suspended. Appellant filed a notice of appeal.

On April 24, 2014, this court ordered a hearing to determine why appellant's counsel had not filed a brief in this appeal. On May 5, 2014, the reporter's record of a hearing conducted March 24, 2014, was filed in this court. The hearing record reflects that appellant no longer wishes to pursue his appeal.

Appellant has not filed a written motion to withdraw the appeal or a written motion to dismiss the appeal. See Tex. R. App. P. 42.2(a). However, based upon the testimony at the hearing that appellant does not want to continue his appeal, we conclude that good cause exists to suspend the operation of Rule 42.2(a) in this case. See Tex. R. App. P. 2.

Accordingly, we dismiss the appeal.


PER CURIAM


Panel consists of Justice Christopher, Jamison and McCally.
Do Not Publish – Tex. R. App. P. 47.2(b).